UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JAMES MADISON PROJECT<br>1250 Connecticut Avenue, N.W.<br>Suite 700<br>Washington, D.C.  20036<br><br>and<br><br>BRIAN J. KAREM<br>22 West Jefferson Street<br>Suite 309<br>Rockville, Maryland 20855<br><br>      Plaintiffs,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY<br>Washington, D.C. 20301-1000<br><br>      Defendant. | Civil Action No: 22-_____ |

## COMPLAINT

This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, et seq., as amended, for expedited processing of agency records sought by the Plaintiffs The James Madison Project and Brian J. Karem from the Defendant Central Intelligence Agency.

## JURISDICTION

1. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

## VENUE

2. Venue is appropriate in this District under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391.

## PARTIES

3. Plaintiff The James Madison Project ("JMP") is a non-partisan organization established in 1998 to promote government accountability and the reduction of secrecy, as well as educating the public on issues relating to intelligence and national security.

4. Plaintiff Brian J. Karem ("Karem") is an award-winning investigative reporter and is an acknowledged representative of the news media.

5. Defendant Central Intelligence Agency ("CIA") is an agency within the meaning of 5 U.S.C. § 552(f), and is in possession and/or control of the records that were requested by the Plaintiffs in this action.

## FACTS

6. This FOIA lawsuit seeks expedited processing, and eventual production, of requested non-exempt U.S. Government records. This lawsuit continues ongoing efforts to bring needed transparency surrounding the Defendant's knowledge of Unidentified Health Incidents ("UHI") involving U.S. Government officials. Specifically, the records sought in this lawsuit concern the CIA's intelligence assessment (the "Assessment") regarding the source of UHIs.

7. In recent years, more than two hundred U.S. Government officials who were based in multiple countries, including domestically within the Washington, D.C. metropolitan area, have reported UHIs. See e.g., New York Times, Biden Signs Legislation to Compensate Victims of Mysterious 'Havana Syndrome', October 8, 2021, *https://www.nytimes.com/2021/10/08/ us/politics/havana-syndrome-biden-law.html* (last accessed February 4, 2022); BBC News, "'Havana syndrome' and the mystery of the microwaves," BBC News, September 9, 2021, *https://www.bbc.com/news/world-58396698* (last accessed February 4, 2022)*;* Arstechnica, "US Intelligence thinks Russia

2

may have microwaved US embassies in Cuba, China," September 11, 2018, *https://arstechnica.com/tech-policy/2018/09/us-intelligence-thinks-russia-may-have-microwaved-us-embassies-in-cuba-china/* (last accessed February 4, 2022); New York Times, "Microwave Weapons Are Prime Suspect in Ills of U.S. Embassy Workers," September 1, 2018, *https://www.nytimes.com/2018/09/01/science/sonic-attack-cuba-microwave.html* (last accessed February 4, 2022).

8. On January 19, 2022, media reporting announced that CIA believes most cases of UHIs are unlikely to have been caused by a foreign adversary. Instead, the Assessment asserted the majority of 1,000 cases of UHIs can be explained by other causes rather than a sustained global campaign by a foreign power. (a) *https://www.nbcnews.com/politics/national-security/cia-says-havana-syndrome-not-result-sustained-global-campaign-hostile-rcna12838* (last accessed February 4, 2022); (b) *https://www.nytimes.com/2022/01/20/us/ politics/havana-syndrome-cia-report.html* (last accessed February 4, 2022); (c) *https://www.msn.com/en-us/news/world/cia-says-havana-syndrome-not-result-of-sustained-global-campaign-by-hostile-power/ar-AASXrM5?ocid=uxbndlbing* (last accessed February 4, 2022); (d) *https://www.washingtonpost.com/national-security/cia-havana-syndrome-investigation-russia/2022/01/20/2f86d89e-795c-11ec-bf97-6eac6f77fba2_story.html* (last accessed February 4, 2022); (e) *https://www.bbc.com/news/ world-us-canada-60068483* (last accessed February 4, 2022); (f) *https://www.cnn.com/2022/01/20/politics/havana-syndrome-illness-cia-report/index.html* (last accessed February 4, 2022); (g) *https://www.foxnews.com/politics/cia-interim-report-havana-syndrome-not-from-hostile-power-campaign-critics* (last accessed February 4, 2022); (h) *https://www.politico.com/news/2022/01/20/havana-syndrome-cia-congress-527527* (last accessed February 4, 2022).

9. Although the Assessment was widely described as an "interim" report, it actually was not. A U.S. intelligence official told USA TODAY that while the report is technically classified as an interim assessment, it is a definitive and official agency finding based on months of intensive investigation into what was widely believed to be a sustained attack on U.S. spies and diplomats overseas by a hostile foreign power. *https://www.usatoday.com/story/news/2022/01/20/havana-syndrome-cia-finds-no-campaign-hostile-foreign-power/6591297001/* (last accessed February 4, 2022).

10. On February 2, 2022, the Office of the Director of National Intelligence ("ODNI") announced that a panel convened by the U.S. intelligence community had concluded the core symptoms of unsolved UHIs could be caused by pulsed electromagnetic or ultrasonic energy. A declassified executive summary of the intelligence community's assessment found the effects of the mysterious illness are "genuine and compelling", and that psychological factors or mass hysteria on their own could not account for the core characteristics of UHIs. The announcement came one day after President Joe Biden designated senior National Security Council official Maher Bitar as the governmentwide coordinator for UHIs. *https://www.politico.com/news/2022/02/02/directed-energy-unsolved-havana-syndrome-00004799* (last accessed February 2, 2022); *https://www.nbcnews.com/politics/national-security/havana-syndrome-symptoms-small-group-likely-caused-directed-energy-say-rcna14584* (last accessed February 2, 2022); *https://www.washingtonpost.com/national-security/2022/02/02/external-energy-source-may-explain-havana-syndrome-panel-finds-renewing-questions-about-possible-foreign-attack/* (last accessed February 2, 2022); *https://www.nytimes.com/2022/02/02/us/politics/havana-syndrome-radio-energy.html* (last accessed February 2, 2022).

11. The American public deserves to have a straight answer from the U.S. Government regarding UHIs and the impact that has been felt by U.S. Government personnel. The different assessment from the CIA in contrast to the rest of the U.S. intelligence community instead only brings confusion and conflicting consensus. The public has a right to learn how the CIA reached its findings in the Assessment and determine for itself why those findings differ in some respects from the panel convened by the intelligence community.

## FIRST CAUSE OF ACTION (EXPEDITED PROCESSING)

12. The plaintiffs, JMP and Karem (hereinafter referred to jointly as the "Plaintiffs"), repeat and reallege the allegations contained in paragraphs 6 through 11 above, inclusive.

13. By letter dated January 21, 2021, the Plaintiffs submitted a FOIA request to CIA that sought copies of all records in the possession or control of the CIA, including cross-references, regarding the issuance of the Assessment. Specifically, the Plaintiffs sought: 1) A copy of the Assessment; 2) All intelligence information relied upon in formulating conclusions in the Assessment; 3) All factual, medical and/or scientific findings made in the course of formulating the conclusions in the Assessment; and 4) All documentation memorializing talking points and briefing notes for U.S. Government personnel discussing the Assessment with media outlets, individual Members of Congress or staff with the House Permanent Select Committee on Intelligence/Senate Select Committee on Intelligence.

14. The FOIA request noted the Plaintiffs were asking for expedited processing and pursuant to statute and the Defendant's regulations provided sufficient information to justify their request.

15. By letter dated February 7, 2022, the CIA denied expedited processing. The request was designated as F-2022-00653.

16. The Plaintiffs have exhausted all required administrative remedies to seek expedited processing.

WHEREFORE, Plaintiffs The James Madison Project and Brian J. Karem request that the Court award them the following relief:

(1) Order the Defendant to grant the Plaintiffs expedited processing for their request;

(2) Award reasonable costs and attorney's fees as provided in 5 U.S.C. § 552(a)(4)(E) and/or 28 U.S.C. § 2412(d);

(3) Expedite this action in every way pursuant to 28 U.S.C. § 1657(a); and

(4) Grant such other relief as the Court may deem just and proper.

Date: February 7, 2022

Respectfully submitted,

*s/Mark S. Zaid*

_____

Mark S. Zaid, Esq.
D.C. Bar #440532
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Brad@MarkZaid.com
Mark@MarkZaid.com

Attorneys for the Plaintiffs