# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE JAMES MADISON PROJECT,<br>1250 Connecticut Avenue, N.W.<br>Suite 700<br>Washington, DC 20036<br><br>and<br><br>BRIAN J. KAREM,<br>22 West Jefferson Street<br>Suite 309<br>Rockville, Maryland 20855<br>              Plaintiffs,<br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br>Washington, DC 20301-1000<br><br>              Defendant. | Civil No.  22-cv-321-CJN |

## DEFENDANT'S NOTICE OF LODGING

Defendant, the Central Intelligence Agency respectfully provides notice that it has lodged for *ex parte*, *in camera review*, the following classified document in support of Defendant's Motion for Summary Judgment (Dkt. 14): Declaration of Mary C. Williams.

The document has been lodged for secure storage with the United States Department of Justice's Litigation Security Group.  The Court may contact either the Litigation Security Group at 202-514-9016 or undersigned counsel to arrange for the secure transmission of the classified document for the Court's review.

| | |
|---|---|
| Dated: October 2, 2023 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division<br><br>MARCIA BERMAN<br>Assistant Branch Director<br><br>*/s/ Lisa Newman*<br>LISA NEWMAN (TX Bar No. 24107878)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, D.C. 20005<br>Tel: (202) 514-5578<br>E-mail: lisa.n.newman@usdoj.gov<br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I certify that on October 2, 2023, a true and correct copy of this filing was served on counsel through electronic filing in the Court's ECF system.

*/s/ Lisa Newman*
Lisa Newman